UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR MARTINEZ,<br><br>       Plaintiff,<br><br>    -v.-<br><br>HANSA USA LLC et al.,<br><br>       Defendants. | 23 Civ. 11021 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  The Court has been informed that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case.  A proposed settlement has been submitted for the Court's approval.  *See* ECF No. 24.  The proposed settlement provides for an aggregate payment of $15,000 in connection with Plaintiff's FLSA claims, with (1) $9,058.50 to be apportioned to Plaintiff, *id.* at 3, 4, 5; and (2) the remainder of the settlement sum ($5,941.50) allocated to Plaintiff's counsel in attorney's fees and costs, *id.* at 6.

  The Court has reviewed the terms of the proposed settlement and finds them to be fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).  Accordingly, the proposed settlement is approved, and the case is hereby DISMISSED WITH PREJUDICE.  The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

  The Clerk of Court is directed to terminate all motions and to close the case.

  SO ORDERED.

Dated: September 30, 2024
    New York, New York

                    */s/ Jennifer H. Rearden*
                    JENNIFER H. REARDEN
                    United States District Judge